[No. 54687-2-I.   Division One.   August 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE J. FAIR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-08234-8, Robert H. Alsdorf, J., entered July 6, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 54881-6-I.   Division One.   August 8, 2005.]

*In the Matter of the Marriage of* JAMES MICHAEL HUNTER, *Appellant*, and LISA DIANN HUNTER, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-3-01232-2, Stephen J. Dwyer, J., entered August 6, 2004. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 54313-0-I.   Division One.   August 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. PRINCEJULIAN HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-02594-8, Catherine D. Shaffer, J., entered May 7, 2004. *Affirmed* by unpublished per curiam opinion.